Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

United States
VS.
Mark A. West

Civil/Criminal No. 26-CR-47-AHA

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | General Manager's 911 call | 7/16/26 | 7/16/26 | Castillo - Vasquez | |
| 2 | Event Chronology for General Manager's 911 call | 7/16/26 | 7/16/26 | Castillo - Vasquez | |
| 3 | Customer's 911 call | | | | |
| 4 | Event Chronology for Customer's call. | | | | |
| 5 | MPD 2D Radio Channel | 7/16/26 | 7/16/26 | Castillo - Vasquez | |
| 6 | Picture from Kitchen and Kocktails | 7/16/26 | 7/16/26 | Castillo - Vasquez | |
| 7 | Picture from Kitchen and Kocktails | 7/16/26 | 7/16/26 | Castillo - Vasquez | |
| 8 | Picture from Kitchen and Kocktails | 7/16/26 | 7/16/26 | Castillo - Vasquez | |
| 9 | Kitchen and Kocktails Video Surveillance (Black and White) | 7/16/26 | 7/16/26 | Castillo - Vasquez | |
| 10 | Kitchen and Kocktails Video Surveillance (Color) | 7/16/26 | 7/16/26 | Castillo - Vasquez | |

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

United States

VS.

Mark A. West

**Civil/Criminal No.** 26-CR-47-AHA

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | MPD BWC Footage | | | | |
| 12 | MPD BWC Footage | 7/16/2026 | 7/16/26 | Castillo Vasquez | |
| 13 | MPD BWC Footage | 7/16/26 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |