**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 26-CR-47-AHA** |
| | : | |
| **MARK ANTOINE WEST** | : | |
| | : | |
| **Defendant.** | : | |

# NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of August 9, 2026, was provided to the defense in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Joshua Satter*
JOSHUA SATTER
Assistant United States Attorney
NY Bar No: 5477112
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7566
Josh.Satter@usdoj.gov

U.S. Department of Justice

Jeanine F. Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D Street., N.W.*
*Washington, D.C. 20530*

August 9, 2026

***VIA EMAIL***
nlotze.lotzemosley.com@esfs.us

**Re**: United States v. Mark Antoine West
Case. No. 26-CR-47 (AHA)

Dear Counsel:

Below is a list of the discovery that has been provided to you to date in the above-captioned case:

## I. Discovery

### A. March 15, 2026 – Production 1

On March 15, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. Photos

_MEE0001.JPG
_MEE0002.JPG
_MEE0003.JPG
_MEE0004.JPG
_MEE0005.JPG
_MEE0006.JPG
_MEE0007.JPG
_MEE0008.JPG
_MEE0009.JPG
_MEE0010.JPG
_MEE0011.JPG
_MEE0012.JPG

2. FBI

_Interview_of_ATF_SA_RICHARD_DALLEY_on_03_03_2026.pdf

_Interview_of_ATF_SA_RYAN_PADILLA_on_03_03_2026.pdf

0004-WF-4196946_0000011.pdf

0004-WF-4196946_0000011_1A0000011_0000003df.pdf

DCSBTF Form Submission Email.pdf

Telephonic_interview_of_LS.pdf

3. USAO
   - [EXTERNAL] Request REQ0072651 has been opened on your behalf.pdf

4. MPD

(Signed) 26017115 Tyshawn Watts PD81C.pdf

Barcodes.pdf

Chain of Custody.pdf

PD81 26017115.pdf

PD81.pdf

5. Kitchen + Kocktails Video
   - VIDEO-2026-02-07-21-42-49.mov
   - VIDEO-2026-02-07-22-00-39.mov

6. Misc. Video

cf8cf7478d934048bf7817bbad5c02ee.mov

IMG_5541.mov

IMG_5542.mov

7. United States Secret Service
   - CCN _ 26017115 - Combined Reports_Redacted.pdf
   - West,Mark LU#20_Redacted.pdf

On March 15, 2026, the following documents and discovery materials were disclosed to you via USA Evidence.com in a case labeled "USA v. Mark West (26-CR-47)":

| | |
|---|---|
| 2D CELL BLOCK - 3320 IDAHO AVE NW | video |
| PRISONER PROCESSING - 3320 IDAHO AVE NW | video |
| 2D CELL BLOCK-3320 IDAHO AVE NW | video |
| CPWL - 1300 I ST NW - USSS - $$$ | video |
| 1300 I STREET NW - SIMPLE ASSAULT | video |
| TRANSPORT- W21-1300 I ST NW - USSS | video |
| SIMPLE ASSAULT - 1300 I ST NW | video |
| 2D CELL BLOCK - 3320 IDAHO AVE NW | video |
| ASSIST USSS - 1300 I ST NW | video |
| ASSIST SECRET SERVICE-1300 I ST NW | video |
| ASSIST-1300 I STREET NW | video |
| PRISONER PROCESSING-3320 IDAHO AVE NW | video |
| PRISONER PROCESSING - 3320 IDAHO AVE NW | video |
| 2D CELL BLOCK-3320 IDAHO AVE NW | video |
| PRISONER PROCESSING-3320 IDAHO AVE NW | video |
| TRANSPORT- W21-1300 I ST NW - USSS | video |
| PRISONER PROCESSING-3320 IDAHO AVE NW | video |
| ASSIST-1300 I STREET NW | video |
| PRISONER PROCESSING-3320 IDAHO AVE NW | video |
| PROPERTY-3320 IDAHO AVE NW | video |
| Interview | video |
| TRANSPORT- W21-1300 I ST NW - USSS | video |
| TRANSPORT- W21-1300 I ST NW - USSS | video |

| | |
|---|---|
| CPWL ABC INCIDENT - 1300 I ST NW | video |

### B. March 21, 2026 – Production 2

On March 21, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. FBI

- 0004-WF-4196946_0000001_Redacted.pdf
- 0004-WF-4196946_0000002_1A0000006_0000001_Redacted.pdf
- 0004-WF-4196946_0000003_Redacted.pdf
- 0004-WF-4196946_0000004.pdf
- 0004-WF-4196946_0000004_Import.pdf
- 0004-WF-4196946_0000005.pdf
- 0004-WF-4196946_0000005_Import.pdf
- 0004-WF-4196946_0000006_Redacted.pdf
- 0004-WF-4196946_0000007_Redacted.pdf
- 0004-WF-4196946_0000008.pdf
- 0004-WF-4196946_0000009_1A0000009_0000001.mov
- 0004-WF-4196946_0000009_Redacted.pdf
- 0004-WF-4196946_0000010_Redacted.pdf
- 0004-WF-4196946_0000011_1A0000011_0000001_Redacted.pdf
- 0004-WF-4196946_0000012_1A0000012_0000001_Redacted.pdf
- 0004-WF-4196946_0000012_1A0000012_0000002_Redacted.pdf
- 0004-WF-4196946_0000012_Import.mov
- 0004-WF-4196946_0000012_Redacted.pdf
- 0004-WF-4196946_0000013_1A0000013_0000001.pdf
- 0004-WF-4196946_0000014_1A0000014_0000001_Redacted.pdf
- 0004-WF-4196946_0000014_1A0000014_0000002_Redacted.pdf
- 0004-WF-4196946_0000014_Redacted.pdf
- 0004-WF-4196946_0000016.pdf
- 0004-WF-4196946_0000017_1A0000017_0000001_Redacted.pdf

0004-WF-4196946_0000017_1A0000017_0000002_Redacted.pdf

0004-WF-4196946_0000017_Redacted.pdf

0004-WF-4196946_0000018.pdf

0004-WF-4196946_0000018_1A0000018_0000001.pdf

0004-WF-4196946_0000018_Import.pdf

0004-WF-4196946_0000019.pdf

0004-WF-4196946_0000019_1A0000019_0000001.pdf

0004-WF-4196946_0000019_Import_Redacted.pdf

0004-WF-4196946_0000020_1A0000020_0000001.pdf

0004-WF-4196946_0000020_Redacted.pdf

0004-WF-4196946_0000021_Redacted.pdf

0004-WF-4196946_0000022.pdf

0004-WF-4196946_0000022_1A0000022_0000001.pdf

0004-WF-4196946_0000022_1A0000022_0000002.pdf

0004-WF-4196946_0000023_Redacted.pdf

0004-WF-4196946_0000024.pdf

0004-WF-4196946_0000024_Import.pdf

0004-WF-4196946_0000025_Import_Redacted.pdf

0004-WF-4196946_0000025_Redacted.pdf

0004-WF-4196946_0000026.pdf

0004-WF-4196946_0000026_1A0000024_0000001_PHYSICAL.pdf

0004-WF-4196946-GJ_0000002_1A0000002_0000001_Redacted.pdf

0004-WF-4196946-GJ_0000002_Redacted.pdf

0004-WF-4196946-GJ_0000003_Redacted.pdf

IMG_5541.mov

IMG_5542.mov

### C. March 25, 2026 – Production 3

On March 25, 2026, the following documents and discovery materials were disclosed to you via USA Evidence.com in a case labeled "USA v. Mark West (26-CR-47)":

| | |
|---|---|
| FINAL REDACTION (Extraction 1.1) THEFT - 1300 I STREET NW | video |
| FINAL REDACTION (Extraction 1.1) CPWL - 1300 I ST NW | video |

### D. April 8, 2026 – Production 4

On April 8, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. OUC
   - Authentication Certificate - DeReece.pdf
   - C-106.wma
   - Call 2.wma
   - I20260054692_Redacted.pdf
   - Redacted callback.mp3

2. MPD
   - 26017115 Tyshawn Watts PD81C Swabs_USSS.pdf
   - Signed PD81(C).pdf

### E. April 28, 2026 – Production 5

On April 28, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. Grand Jury
   - Transcript 1.pdf
   - Transcript 2.pdf

2. OUC
   - I20260054637_Redacted.pdf
   - Redacted C-128.mp3

**F. April 30, 2026 – Production 6**

On April 30, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. FBI
    - 0004-WF-4196946_0000045_1A0000034_0000001.pdf
    - 0004-WF-4196946_0000045_1A0000034_0000002.pdf
    - Sumpter April 29, 2026, Interview_Redacted.pdf

2. OUC
    - I20260054627 - CAD_Redacted.pdf
    - I20260054637 - CAD_Redacted.pdf
    - I20260054692 - CAD_Redacted.pdf

**G. May 12, 2026 – Production 7**

On May 12, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. FBI
    - 0004-WF-4196946_0000048_1A0000036_0000001_Redacted.pdf
    - 0004-WF-4196946_0000048_1A0000036_0000002_Redacted.pdf
    - 0004-WF-4196946_0000048_1A0000036_0000003.pdf
    - Serial 48_Redacted.pdf

**H. May 18, 2026 – Production 8**

On May 18, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. FBI (see below)

0004-WF-4196946_0000027.pdf
0004-WF-4196946_0000027_1A0000025_0000001_PHYSICAL.pdf
0004-WF-4196946_0000028_Redacted.pdf
0004-WF-4196946_0000029.pdf
0004-WF-4196946_0000030.pdf
0004-WF-4196946_0000030_1A0000027_0000001.pdf
0004-WF-4196946_0000030_1A0000027_0000002.pdf
0004-WF-4196946_0000030_1A0000027_0000003.pdf
0004-WF-4196946_0000031.pdf
0004-WF-4196946_0000032.pdf
0004-WF-4196946_0000032_Import.pdf
0004-WF-4196946_0000033.pdf
0004-WF-4196946_0000034_1A0000028_0000001.pdf
0004-WF-4196946_0000034_1A0000028_0000002.pdf
0004-WF-4196946_0000034_Redacted.pdf
0004-WF-4196946_0000035.pdf
0004-WF-4196946_0000035_Import.pdf
0004-WF-4196946_0000036_1A0000029_0000001_Redacted.pdf
0004-WF-4196946_0000036_Redacted.pdf
0004-WF-4196946_0000037.pdf
0004-WF-4196946_0000037_Import.pdf

0004-WF-4196946_0000038.pdf
0004-WF-4196946_0000038_Import_Redacted.pdf
0004-WF-4196946_0000039.pdf
0004-WF-4196946_0000039_1A0000030_0000001_PHYSICAL.pdf
0004-WF-4196946_0000039_1A0000030_0000002.pdf
0004-WF-4196946_0000040.pdf
0004-WF-4196946_0000040_1A0000031_0000001.pdf
0004-WF-4196946_0000041_1A0000032_0000002_Redacted.pdf
0004-WF-4196946_0000041_1A0000032_0000003_Redacted.pdf
0004-WF-4196946_0000041_1A0000032_0000004_Redacted.pdf
0004-WF-4196946_0000041_Redacted.pdf
0004-WF-4196946_0000043_1A0000033_0000001.pdf
0004-WF-4196946_0000043_1A0000033_0000002_Redacted.pdf
0004-WF-4196946_0000043_Redacted.pdf
0004-WF-4196946_0000044_Import_Redacted.pdf
0004-WF-4196946_0000044_Redacted.pdf
0004-WF-4196946_0000046_Import.pdf
0004-WF-4196946_0000046_Redacted.pdf
0004-WF-4196946_0000047_1A0000035_0000001_PHYSICAL.pdf
0004-WF-4196946_0000047_Redacted.pdf
0004-WF-4196946_0000048_1A0000036_0000003_Redacted.pdf
0004-WF-4196946-CART_0000001.pdf

0004-WF-4196946-CART_0000001_1A0000001_0000001.pdf
0004-WF-4196946-CART_0000002.pdf
IMG_1249.jpeg
IMG_3092.jpeg
IMG_3093.jpeg
IMG_3094.jpeg
IMG_3095.jpeg
IMG_3096.jpeg
IMG_3097.jpeg
IMG_3098.jpeg
IMG_3099.jpeg
IMG_3100.jpeg
IMG_3101.jpeg
_MEE0001.JPG
_MEE0002.JPG
_MEE0003.JPG
_MEE0004.JPG
_MEE0005.JPG
_MEE0006.JPG
_MEE0007.JPG
_MEE0008.JPG
_MEE0009.JPG

_MEE0010.JPG
_MEE0011.JPG
_MEE0012.JPG
_MEE0013.JPG
_MEE0014.JPG
_MEE0015.JPG
_MEE0016.JPG
_MEE0017.JPG
_MEE0018.JPG
_MEE0019.JPG
_MEE0020.JPG
_MEE0021.JPG
_MEE0022.JPG
_MEE0023.JPG
_MEE0024.JPG
_MEE0025.JPG
_MEE0026.JPG
_MEE0027.JPG
_MEE0028.JPG
_MEE0029.JPG
_MEE0030.JPG
0004-WF-4196946-CART 0000001 1A0000001 0000002.docx

### I. May 22, 2026 – Production 9

On May 22, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. OUC
    - 2D RADIO (2010 HRS TO 2133 HRS).wma

2. USAO
    - SW 1.pdf
    - SW 2.pdf

### J. May 31, 2026 – Production 10

On May 31, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

3. OUC

F260023344_Redacted.pdf

I20260054627_Redacted.pdf

I20260054637_Redacted.pdf

I20260054692_Redacted.pdf

I20260054693.pdf

4. USSS
    - IMG_0418.jpeg
    - IMG_0420.jpeg

### K. June 3, 2026 – Production 11

On June 3, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. United States Secret Service

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-30m-16s - (0h-0m-7s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-30m-29s - (0h-0m-3s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-30m-39s - (0h-0m-2s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-30m-47s - (0h-0m-10s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-31m-05s - (0h-0m-10s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-32m-03s - (0h-0m-1s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-32m-46s - (0h-0m-1s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-33m-13s - (0h-0m-12s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-33m-33s - (0h-0m-13s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-34m-59s - (0h-0m-0s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-38m-39s - (0h-0m-0s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-38m-57s - (0h-0m-50s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-40m-32s - (0h-0m-18s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-40m-57s - (0h-0m-2s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-43m-20s - (0h-0m-14s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-43m-41s - (0h-0m-4s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-44m-07s - (0h-0m-26s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-49m-39s - (0h-0m-27s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-50m-22s - (0h-0m-15s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-51m-04s - (0h-0m-21s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-51m-35s - (0h-0m-26s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 20h-52m-10s - (0h-0m-26s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 20h-52m-42s - (0h-0m-1s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 20h-53m-07s - (0h-0m-13s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 20h-54m-11s - (0h-0m-0s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 20h-54m-46s - (0h-0m-44s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 20h-56m-03s - (0h-0m-34s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 20h-56m-45s - (0h-0m-5s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 20h-58m-26s - (0h-0m-2s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-00m-35s - (0h-0m-2s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-00m-44s - (0h-0m-11s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-01m-01s - (0h-0m-2s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-01m-08s - (0h-0m-0s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-02m-05s - (0h-0m-2s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-05m-03s - (0h-0m-5s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-05m-19s - (0h-0m-1s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-05m-28s - (0h-0m-14s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-09m-59s - (0h-0m-21s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-10m-43s - (0h-0m-8s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-11m-43s - (0h-0m-4s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-12m-43s - (0h-0m-5s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-12m-57s - (0h-0m-5s).wav

WDC UDF 8V-R RECORD - 2026-02-07 - 21h-13m-25s - (0h-0m-19s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-15m-17s - (0h-0m-19s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-15m-47s - (0h-0m-4s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-15m-57s - (0h-0m-2s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-16m-06s - (0h-0m-2s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-16m-16s - (0h-0m-1s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-16m-40s - (0h-0m-27s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-17m-17s - (0h-0m-3s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-17m-35s - (0h-0m-4s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-18m-09s - (0h-0m-27s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-18m-44s - (0h-0m-50s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-20m-00s - (0h-0m-23s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-21m-07s - (0h-0m-2s).wav
WDC UDF 8V-R RECORD - 2026-02-07 - 21h-21m-17s - (0h-0m-27s).wav

**L. July 5, 2026 – Production 12**

On July 5, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. FBI

- 0004-WF-4196946_0000049.pdf
- 0004-WF-4196946_0000050.pdf
- 0004-WF-4196946_0000050_1A0000038_0000001.pdf
- 0004-WF-4196946_0000050_1A0000038_0000002.pdf
- 0004-WF-4196946_0000050_1A0000038_0000004.mov
- 0004-WF-4196946_0000051.pdf
- 0004-WF-4196946_0000051_1A0000039_0000001.pdf
- 0004-WF-4196946_0000051_1A0000039_0000002_Redacted.pdf
- 0004-WF-4196946_0000051_1A0000041_0000002.mov
- 0004-WF-4196946_0000051_1A0000041_0000003.mov
- 0004-WF-4196946_0000052.pdf
- 0004-WF-4196946_0000053.pdf
- 0004-WF-4196946_0000053_1A0000042_0000001_Redacted.pdf
- 0004-WF-4196946_0000054_1A0000043_0000001.pdf
- IMG_0418.jpeg
- IMG_0420.jpeg
- Serial 54_Redacted.pdf

2. Grand Jury

- (Government's Exhibit 1) VIDEO-2026-02-07-21-42-49.mov
- (Government's Exhibit 2) VIDEO-2026-02-07-22-00-39.mov
- Grand Jury Exhibit 3.jpeg
- Grand Jury Exhibit 4.JPG
- USA v. Mark Antoine West (GJ Presentation).pptx
- West, Mark Antoine_L.M.03.10.26_Satter.pdf

**M. July 12, 2026 – Production 13**

On July 12, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. United States Secret Service
   - Offc_Anthony_500145250.pdf
   - Offc_Moises_500145075.pdf

2. MPD
   - 1_CCN _ 26017116 - Combined Reports_Redacted.pdf

3. FBI
   - 0004-WF-4196946_0000055_Redacted.pdf

**N. July 15, 2026 – Production 14**

On July 15, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. FBI
   - 0004-WF-4196946_0000057.pdf
   - 0004-WF-4196946_0000057_1A0000044_0000001.png
   - Arrest 2_7_2026 TE-D2_Redacted.pdf
   - Ros. Request_Redacted.pdf
   - Screenshot 2026-07-14 225158_Redacted.pdf
   - Screenshot 2026-07-14 225437_Redacted.pdf

### O. August 9, 2026 – Production 15

On August 9, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "US v. Mark West, 26-CR-47":

1. FBI

0004-WF-4196946_0000056.pdf

0004-WF-4196946_0000056_Import_Redacted.pdf

0004-WF-4196946_0000057.pdf

0004-WF-4196946_0000057_1A0000044_0000001.png

0004-WF-4196946_0000058.pdf

0004-WF-4196946_0000059_1A0000046_0000001.png

0004-WF-4196946_0000059_1A0000046_0000002.png

0004-WF-4196946_0000059_Redacted.pdf

0004-WF-4196946_0000060_1A0000047_0000003.png

0004-WF-4196946_0000060_1A0000047_0000004.png

0004-WF-4196946_0000060_Redacted.pdf

0004-WF-4196946_0000061.pdf

0004-WF-4196946_0000061_Import.pdf

0004-WF-4196946_0000062.pdf

0004-WF-4196946_0000062_Import_Redacted.pdf

2026-00631 #1 Check In Notes.rtf

2026-00631 #2 Check-In Notes.rtf

2026-00631-2 1A.pdf

If you have any questions about the information provided above, you may contact me by telephone, mail, or e-mail.

**Please view/download these items at your earliest convenience as they will be automatically deleted forty-five (45) days after the date they were uploaded pursuant to USAfx's automated retention policy.**

Sincerely,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Joshua Satter</u>*
Joshua Satter
Assistant United States Attorney
NY Bar No. 5477112
601 D Street, N.W.
Washington, DC 20530
(202) 252-7566
Josh.Satter@usdoj.gov