**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES**<br><br>**v.**<br><br>**MARK A. WEST** | **Case No. 26-CR-00047-AHA** |

**VIOLATIONS:**
**18 U.S.C. § 922(g)(l)**
**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**

**FORFEITURE:**
**18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)**

## STATEMENT OF OFFENSE
## <u>IN SUPPORT OF GUILTY PLEA</u>

### I. Elements of the Offense

**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (18 U.S.C. § 922(g)(1))**

The elements or the offense to which Mr. West will plead guilty are: That on or about the February 7, 2026, in the District of Columbia, Mr. West (1) knowingly possessed a firearm and ammunition; (2) at the time of the charged act, Mr. West had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year; (3) at the time of the charged act, Mr. West knew that he had previously been convicted of such an offense; (4) the possession charged was in or affecting interstate or foreign commerce.

## II. Factual Proffer

On February 7, 2026, at approximately 8:30 p.m., at the Kitchen & Kocktails restaurant in the 1300 block of I Street NW, Washington, D.C., Mr. West possessed a Glock 26 pistol loaded with 9mm ammunition.

Mr. West knowingly and purposely possessed this firearm and, at that time, he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the State of Maryland, Criminal Case No. 08-K-15-000039, and in the Superior Court for the District of Columbia, Criminal Case No. 2015-CF2-009878. At the time Mr. West possessed the Glock 26 pistol, he was aware of these convictions.

There are no firearm manufacturers within the District of Columbia. Therefore, the Glock 26 pistol was transported in interstate or foreign commerce to the District of Columbia.

## FORFEITURE ALLEGATION

Mr. West agrees to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the Glock Model 26, semi-automatic firearm and 9mm caliber ammunition.

## DEFENDANT'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to the Indictment. I have discussed this proffer fully with my attorney, Nikki Lotze. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 9/9/26

Mark West

**ATTORNEY'S ACKNOWLEDGMENT**

I have reviewed the entire proffer with my client and have discussed it with him fully. concur in my client's agreement with and acceptance of this proffer.

9/9/26
Date

Nikki Lotze
Attorney for Defendant